**Ron A. Kort, Esq. • Ron A. Kort, PLLC**
**16 Dupont Street, #24G, Brooklyn, New York 11222**
**516-353-5296 (call or text) • 516-689-1539 (Fax) • ron@ronkortlaw.com**

August 20, 2026

Hon. Jesse M. Furman
United States District Court Southern District of New York, District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

Re: David Munoz v. 396-398 North Avenue LLC, d/b/a United Gourmet Deli, Case No. 1:26-CV-04498 – Extension Request

Dear Hon. Furman,

The summons and complaint, filed with the Court on May 28, 2026, along with the August 18, 2026, Court Order adjourning the initial pretrial conference to October 8, 2026, at 9:00 a.m. was sent to a service of process agency on August 20, 2026, to comply with the Court Order directing Plaintiff to file proof of service by August 21, 2026. We expect that this service will be accomplished, but in consideration of summer work schedules, along with health challenges facing the lead attorney on this case, Plaintiff kindly requests an extension of the deadline specified in the August 18, 2026, Court Order. The lead attorney on this case has faced medical issues throughout the last several months, leading to a delay in serving the summons and complaint on the Defendant. However, it is expected that Plaintiff will remain in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and file proof of service before August 26, 2026. This is the first extension request in this matter. Thank you for your consideration of this request.

Dated August 20, 2026
Brooklyn, New York

Respectfully Submitted,

Ron A. Kort

Ron A. Kort, Esq.
**RON A KORT, PLLC**
16 Dupont Street, #24G
Brooklyn, New York 11222
T: (516) 353-5296
Ron@RonKortLaw.com
*Attorney for Complainant*

Application GRANTED. Plaintiff shall serve a copy of this endorsed letter on Defendant and file proof of such service on ECF.

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

August 21, 2026