UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MUNOZ,

Plaintiff,

-v-

396-398 NORTH AVENUE LLC, *d/b/a United Gourmet Deli*,

Defendant.

26-CV-4498 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On **August 21, 2026**, Defendant was served with the Complaint, and on **August 24, 2026**, proof of service was filed with the Court. *See* ECF No. 10. To date, Defendant has failed to appear in this action. No later than **September 24, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge