UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MUNOZ,<br><br>Plaintiff,<br><br>-v-<br><br>396-398 NORTH AVENUE LLC, *d/b/a United Gourmet Deli*,<br><br>Defendant. | 26-CV-4498 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 17, 2026 Order, ECF No. 11, Plaintiff was required to file proof of service of the Order no later than two business days from the date of that Order. To date, Plaintiff has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 25, 2026**.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge